**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-14-322-PHX-SRB (SPL) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Richard Sylvester Berry, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On March 19, 2014, Defendant appeared before the undersigned Magistrate Judge for his initial appearance and arraignment as a result of 14 count indictment returned on March 5, 2014. (Doc. 1) The indictment charges Defendant with Bankruptcy Fraud, in violation of 18 U.S.C. § 157(2) (Counts One through Twelve), each a Class D felony; Bribery In Bankruptcy, in violation of 18 U.S.C. § 152(6) (Count Thirteen), a Class D felony; and False Statement, in violation of 18 U.S.C. § 1001(a)(2) (Count Fourteen).

After counsel was appointed, pleas of not guilty entered, and the trial date set, defense counsel informed the Court that an employee (Ruth Feder) of Defendant's prior counsel allegedly told Defendant he did not need to appear for a Pretrial Service's interview before his scheduled initial appearance and arraignment. If true, this information is contrary to Pretrial Services' ("PTS") written instructions likely served by the U.S. Marshals Service ("USMS") on Defendant's prior counsel. (Doc. 6) At that initial hearing, the Court set temporary conditions of release, pending its review of a PTS supplemental report containing

1   verified information, and directed Defendant to USMS' office and PTS for an interview.

2        Regina Begay, U.S. Pretrial Services Officer, has now completed her interview with

3   Defendant and verified the information provided by him in a verified PTS' Addendum.

4        On the Court's own motion and after reviewing the verified PTS' Addendum,

5        **IT IS ORDERED** that Defendant's pretrial release conditions are hereby

6   **AFFIRMED**, except they are modified, *nunc pro tunc* to March 19, 2014, to include

7   Defendant's temporary surrender of his U.S. Passport to Pretrial Services by **4:00 p.m. on**

8   **Monday**, **March 31, 2014** and Defendant shall not attempt to acquire another passport.

9   Pretrial Services shall provide actual notice of this Order to Defendant and prepare a written

10   modification of his release conditions which Defendant must sign. Absent a showing of good

11   cause, Defendant's failure to surrender physical possession of his U.S. Passport to Pretrial

12   Services by the aforesaid deadline will result in the issuance of a warrant for Defendant's

13   arrest.

14        **IT IS FURTHER ORDERED** that the March 21, 2014 Order to Show Cause is

15   hereby **DISCHARGED** and related hearing is hereby **VACATED**.

16        **IT IS FURTHER ORDERED** that Ms. Begay is kindly directed to notify this

17   Magistrate Judge by email whether Defendant has surrendered physical possession of his

18   U.S. Passport to Pretrial Services by this deadline.

19        Dated this 26th day of March, 2014.

20

21   _____

22   Lawrence O. Anderson
     United States Magistrate Judge

23

24

25

26

27

28